| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** **19 CR 889** | DOCKET NUMBER *(Tran. Court)* 1:17CR00251-MSK-01 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ismail Alkan Duzyurt  United States Courts Southern District of Texas **F I L E D** **DEC 12 2019** David J. Bradley, Clerk of Court | Colorado | |
| | NAME OF SENTENCING JUDGE Marcia S. Krieger, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/10/2019 | TO 09/09/2020 |

OFFENSE

Illegal Re-Entry After Deportation Subsequent to an Aggravated Felony Offense in violation of 8 U.S.C. § 1326(a) and (b)(2).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Colorado

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Texas   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/5/19  
*Date*

*/s/ Marcia S. Krieger*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Southern   DISTRICT OF  Texas

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/12/19  
*Effective Date*

*/s/*  
*United States District Judge*