**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   17-cr-00251-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAIL ALKAN DUZYURT,
   *a.k.a. Al Paolo Duzyurt LUCCI*

    Defendant.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*4:33 pm, Jul 25, 2017*
**JEFFREY P. COLWELL, CLERK**

---

**INDICTMENT
8 U.S.C. § 1326(a), (b)(2)
Illegal Re-entry After Deportation**

---

The Grand Jury charges:

## COUNT 1

On or about November 23, 2016, in the State and District of Colorado, the defendant, ISMAIL ALKAN DUZYURT, *a.k.a. Al Paolo Duzyurt LUCCI,* an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about February 23, 2012, and without the express consent of the proper legal authority to reapply for admission to the United States. All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

By: *s/ Pete Hautzinger*
PETE HAUTZINGER
Assistant United States Attorney
United States Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, Colorado 81501
Telephone: (970) 241-3843
Fax: (970) 248-3630
E-mail: Peter.Hautzinger@usdoj.gov
Attorney for the United States

| | |
|---|---|
| DEFENDANT: | ISMAIL ALKAN DUZYURT, *a.k.a. Al Paolo Duzyurt Lucci* |
| YOB: | 1975 |
| ADDRESS: | State Custody |

COMPLAINT FILED?                            _____ YES      __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ YES   __X__ NO

| | |
|---|---|
| OFFENSE: | **Count One:** 8 U.S.C. § 1326(a); (b)(2); Illegal re-entry of removed alien subsequent to an aggravated felony conviction |
| LOCATION OF OFFENSE: | Eagle County, CO |
| PENALTY: | **Count One:** NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment. |
| AGENT: | Dallas Newman, Deportation Officer, ICE/DHS |
| AUTHORIZED BY: | Pete Hautzinger, Assistant U.S. Attorney |
| ESTIMATED TIME OF TRIAL: | three days or less |
| THE GOVERNMENT: | **will** seek detention in this case |

The statutory presumption of detention **is not** applicable to this defendant.

OCDTEF CASE:                            _____ Yes      __X__ No